SHARON L. NELSON
Nevada Bar No. 6433
NICHOLAS L. HAMILTON
Nevada Bar No. 10893
NELSON LAW
401 N. Buffalo, Suite 100
Telephone No.: (702) 247-4LAW
Facsimile No.: (702) 737-4LAW
Las Vegas, Nevada 89145
Attorneys for Plaintiff
Heather Bryant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER BRYANT, an individual | Case No: 2:10-cv-0221-ECR-LRL |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| NEVADA DEPARTMENT OF AGRICULTURE, DOES and ROES 1-100, inclusive, | ORDER GRANTING |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,

//

//

//

that the above captioned matter be dismissed with prejudice.

DATED this ___ day of August 2010.

| | |
|---|---|
| **CATHERINE CORTEZ MASTO**<br>**Attorney General** | **NELSON LAW** |
| /s/ Katie Miles Armstrong<br>Katie Miles Armstrong<br>Deputy Attorney General<br>Nevada Bar No. 8571<br>5420 Kietzke Lane, Suite 202<br>Las Vegas, NV 89511<br>Attorneys for Defendant<br>Nevada Department of Agriculture | /s/ Sharon L. Nelson<br>SHARON L. NELSON<br>Nevada Bar No. 6433<br>NICHOLAS L. HAMILTON<br>Nevada Bar No. 10893<br>401 North Buffalo Drive, Suite 100<br>Las Vegas, Nevada 89145<br>Attorneys for Plaintiff |

IT IS SO ORDERED this _ 4th day of August, 2010.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE